# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

**v.**                                **Case No: 6:23-cv-1374-PGB-LHP**

**MBOF ASSOCIATES, LLC,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed September 29, 2023. (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant MBOF Associates, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 1, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties